UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amidax Trading Group

**Plaintiff**

-v-

S W I F. T.

**Defendant**

RECEIVED

Case No. 08 JUN 23 PM 7:57

U.S. DISTRICT COURT
S.D.N.Y.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Amidax Trading Group (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 6/23/68

Bruce F. Afran

**Signature of Attorney**

**Attorney Bar Code:**
BA 8583

Form Rule7_1.pdf