USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

**MEMO ENDORSED**

Bruce I. Afran, Esq.
10 Braeburn Drive
Princeton, NJ 08540
(609) 924-2075

*[Handwritten endorsement: Conference adjourned from August 28, 2008 at 11:30 a.m. to September 19, 2008 at 11:30 a.m. SO ORDERED. /s/ P. Kevin Castel, USDJ 8-3-08]*

August 1, 2008

The Honorable P. Kevin Castel
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Courtroom 12C

Via Facsimile

Re: Request for Adjournment of Initial Pretrial Conference in *Amidax Trading Group v. S.W.I.F.T., et al.*, Case No. 08-cv-5689

Dear Judge Castel:

We, the undersigned, represent the Plaintiffs in the above-captioned action. We respectfully request adjournment of the initial pretrial conference and in support thereof state the following:

(1) The conference is scheduled for August 28, 2008 at 11:15 a.m.

(2) There have been no previous requests for adjournment or extension; and

(3) The adversaries have not yet been served with Summonses or Notices of Lawsuit and Requests for Waiver of Summons.

We request adjournment of the conference until such time as the defendants have returned their waivers of summons.

Please feel free to contact us if you have any questions.

Respectfully,

/s/ Bruce I. Afran, Esq.

Bruce I. Afran, Esq.
Carl J. Mayer, Esq.
Steven E. Schwarz, Esq.

Counsel for Plaintiffs